JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. TAYLOR,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>BRANDON PRICE, Warden,<br><br>　　　　　　　　Respondent. | Case No. CV 21-5791-JFW (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: August 13, 2021

　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　United States District Judge